1  ADAM PAUL LAXALT
    Attorney General
2  ERIN L. ALBRIGHT, BAR NO. 9953
    Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1257
6  E-mail: ealbright@ag.nv.gov

7  *Attorneys for Defendants, State of Nevada ex rel,*
   *Nevada Department of Corrections, Renee Baker,*
8  *Gloria Carpenter, Cheryl Mangum, and Michael Oxborrow*

9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12  ENOMA IGBINOVIA,

13                  Plaintiff,                    Case No. 3:16-cv-00497-MMD-VPC

                                                        ORDER
14  vs.
                                              **MOTION FOR ENLARGEMENT OF TIME**
15  STATE OF NEVADA, on relation of NEVADA     **TO RESPOND TO PLAINTIFF'S REQUEST**
    DEPARTMENT OF CORRECTIONS, JAMES           **FOR PRODUCTION OF DOCUMENTS**
16  "GREG" COX, DAVE MOLNAR, HARRY                      **(Second Request)**
    CHURCHWARD, ELDON K. MCDANIELS,
17  DEBORAH BROOKS, RENEE BAKER,
    CLAUDE WILLIS, MICHAEL OXBORROW,
18  ROBERT HUSTON, GREG MARTIN,
    MICHAEL B. KOEHN, GLORIA
19  CARPENTER, CHERYL MAGNUM

20                  Defendants.

21
             Defendants, State of Nevada ex rel., Nevada Department of Corrections, and Renee Baker,
22
    Gloria Carpenter, Cheryl Mangum, and Michael Oxborrow, by and through counsel, Adam Paul Laxalt,
23
    Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby file
24
    their motion for enlargement of time to respond to Plaintiff's discovery served on October 12, 2017.
25
    This motion is based on the following Memorandum of Points and Authorities and all papers and
26
    pleadings on file herein.
27
    ///
28
    ///

                                                    1

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

              JAN - 9 2018

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY

## MEMORANDUM OF POINTS AND AUTHORITIES

I.   **RELEVANT FACTS**

On October 12, 2017, Plaintiff served the following discovery:  First Set of Interrogatories to Defendants, First Set of Admissions to Defendant Oxborrow, First Set of Admissions to Defendant Magnum, First Set of Admission to Gloria Carpenter, and Request for Production of Documents.

On December 4, 2017, Defendants filed a Motion for Enlargement of Time to File Responses to Discovery Served on October 16, 2017.

Defendants responded to Plaintiff's First Set of Interrogatories to Defendants, First Set of Admissions to Defendant Oxborrow, First Set of Admissions to Defendant Magnum and First Set of Admission to Gloria Carpenter on December 20, 2017 and December 21, 2017.

To date, Defendants have not provided their response to the Request for Production of Documents to the undersigned as they are still trying to obtain the phone logs requested by Plaintiff. The logs have been requested and Defendants should have them by January 19, 2017.

II.   **ARGUMENT**

Fed. R. Civ. P. 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.*, 31 F.R.D. 282 (W.D.Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

The time to respond to Plaintiff's discovery requests has not expired.  Defendants seek an enlargement of time to respond to Plaintiff's discovery because Defendants have not received the telephone logs requested by Plaintiff.  Defendants have requested the telephone logs and should have them by January 19, 2017.  Therefore, Defendants request the time to file their response be enlarged

///

2

1  until January 26, 2017.  This extension is not made for the purposes of delay or to prejudice Plaintiff.

2  Because the case is still in the early stages, Plaintiff will not be prejudiced by this extension of time.

3  **III.     CONCLUSION**

4         Based on the foregoing, Defendants respectfully requests their motion for enlargement of time is

5  granted.

6         DATED this 5th day of January 2018.

7                                 ADAM PAUL LAXALT
                                Attorney General
8

9                    By:  _____

10                           ERIN L. ALBRIGHT
                           Deputy Attorney General
                           Bureau of Litigation
11                          Public Safety Division

12                          *Attorneys for Defendants*

13

14

15

16                    IT IS SO ORDERED

17                    _____

18                    U.S. MAGISTRATE JUDGE

19                    DATED: _____

20

21

22

23

24

25

26

27

28

3

1

**CERTIFICATE OF SERVICE**

2      I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

3 on this 5th day of January, 2018, I caused to be deposited for mailing a true and correct copy of the

4 foregoing, **MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S**

5 **REQUEST FOR PRODUCTION OF DOCUMENTS (SECOND REQUEST)**, to the following:

6 Enoma Igbinovia #56141
   Ely State Prison
7 P.O. Box 1989
   Ely, Nevada 89301

8

9

10

11                                       An employee of the
Office of the Attorney General

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28