UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ENOMA IGBINOVIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendants. | 3:16-CV-0497-MMD (VPC)<br><br>**MINUTES OF THE COURT**<br><br>April 2, 2018 |

PRESENT:　　THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:　　LISA MANN　　REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Defendants' motion to strike plaintiff's opposition to defendants' motion for summary judgment and plaintiff's cross motion for summary judgment (ECF No. 116) is **DENIED**. Defendants failed to mention that the court granted plaintiff an extension of time to March 23, 2018 to file an opposition to defendants' motion for summary judgment (ECF No. 109). This document was filed by the court on March 26, 2018. The court is aware that plaintiff's brief is three days late and thirty-three and one-half pages long; however, in the interest of judicial economy, the court will allow the brief to stand and will consider it timely filed.

　　This court prefers to resolve cases on their merits and routinely grants exceptions to mundane issues in order to effectively manage its docket. This court will afford an incarcerated *pro se* plaintiff that is proceeding *in forma pauperis* from a state's prison every reasonable opportunity to properly oppose a dispositive motion. The fact that the court received plaintiff's paper three days tardy or that it is three handwritten pages over length is inconsequential to the court.

　　Defendants' motion for enlargement of time to respond to plaintiff's opposition (ECF No. 115) is **DENIED as moot.**

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　By:　　　/s/
　　　　　　　　　　　　　　　　Deputy Clerk