UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ENOMA IGBINOVIA, | Case No. 3:16-cv-00497-MMD-VPC |
| --- | --- |
| Petitioner, | ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE VALERIE P. COOKE |
| v. | |
| STATE OF NEVADA ex rel NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Respondents. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (EDF No. 141) ("R&R") relating to three pending motions: Defendants' motion to dismiss ("Defendants' MTD") (ECF No. 64); Defendants' motion for summary judgment ("Defendants' MSJ") (ECF No. 65); and Plaintiff's cross-motion for summary judgment ("Plaintiff's Motion") (ECF No. 114).[1] Judge Cooke recommends granting Defendants' MSJ, denying Plaintiff's Motion, and denying Defendants' MTD as moot. (ECF No. 141.) Plaintiff had fourteen (14) days or until August 7, 2018, to file an objection. (*Id.*) To date, no objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is

///

---

[1] Plaintiff also filed a motion to offer as an exhibit a copy of the receipt dated May 31, 2018, showing that he mailed his reply brief before the deadline. (ECF No. 138.) Plaintiff's motion (ECF No. 138) is granted. While Plaintiff's reply was field a day late, the Court did consider his reply.

1 | required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the Court may accept the recommendation without review. *See, e.g.*, *id.* at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Judge Cooke's R&R. Judge Cooke recommends granting Defendants' MSJ, finding that the two-year statute of limitations on section 1983 claims bars all five (5) claims that survived screening. (ECF No. 141.) Having reviewed the R&R and underlying briefs, this Court agrees with Judge Cooke and finds good cause to adopt the R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Valerie P. Cooke (ECF No. 141) is accepted and adopted in its entirety.

It is further ordered that Plaintiff's motion to file supplement (ECF No. 138) is granted.

It is further ordered that Defendants' motion to dismiss (ECF No. 64) is denied as moot.

///

It is further ordered that Defendants' motion for summary judgment (ECF No. 65) is granted.

It is further ordered that Plaintiff's cross-motion for summary judgment (ECF No. 114) is denied.

The Clerk is instructed to enter judgment in accordance with this Order and close this case.

DATED THIS 13th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE